**Opinion issued August 8, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00536-CV

———————————

**THOMAS MAHONEY, Appellant**

**V.**

**BMO HARRIS BANK NATIONAL ASSOCIATION, Appellee**

---

**On Appeal from 215th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-60903A**

---

## MEMORANDUM OPINION

Appellant Thomas Mahoney has neither established indigence for purposes of court costs nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 34.1. On September 22, 2022, we notified Appellant that his appeal could be dismissed for want of prosecution if the

clerk's record was not filed.  *See* TEX. R. APP. P. 37.3(a), (b).  We directed Appellant to submit written evidence from the trial court clerk by October 24, 2022, reflecting he paid, or made arrangements to pay, the fee for preparing the clerk's record.  To date, Appellant has not responded to this Court's notice and the clerk's record has not been filed.

We dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b)-(c).  All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.